IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 18-576-4 |
| | : | |
| RAHIM AMIN | : | |

# ORDER

AND NOW, this 21st day of April 2022, upon considering Defendant's Motion for relief under 28 U.S.C. § 2255 (ECF Doc. No. 444), his supplemental Petition (ECF Doc. No. 473), the United States' Responses (ECF Doc. Nos. 480, 483), Defendant having elected not to file a reply, and for reasons in the accompanying memorandum including the asserted claims are frivolous and contradicted by the record, it is **ORDERED**:

1. We find no need for an evidentiary hearing;

2. We **DENY** the Petition for habeas relief (ECF Doc. No. 444);

3. We **DENY** a certificate of appealability;[1] and,

4. The Clerk of Court shall **close** this case.

KEARNEY, J.

---

1 See 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).